NOTE: CHANGES MADE BY COURT

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASER KITTEN LLC, | Case No.: 2:22-cv-01412-FWS-JRP |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS CASE [34]** |
| v. | |
| ZOETOP BUSINESS CO., LTD., D/B/A/ SHEIN and ROMWE, | Judge: Hon. Fred W. Slaughter |
| Defendant. | |

///

///

///

1

Having read and considered the Parties' Joint Stipulation to Dismiss Case [34] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

The above-captioned matter is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs, expenses, and fees. All other existing dates and deadlines in this matter are **VACATED**.

**IT IS SO ORDERED**.

Dated: September 28, 2022

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE